**FILED & ENTERED**

**DEC 11 2012**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GURMEET SINGH and RENU SINGH<br>　　　　　　　　　　Debtors. | Case No. 2:09-bk-22360 ER<br><br>Chapter 7 |
| THOMAS REIDER,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>GURMEET SINGH,<br><br>　　　　　　　Defendant. | Adv. No. 2:09-ap-02016 ER<br><br>JUDGMENT AFTER TRIAL<br><br>Dates: July 11, 12 and<br>　　　　September 13, 2012<br>Place: Courtroom 1568<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90012 |

　　On July 11, 12, and September 13, 2012, the Court conducted a trial in this adversary proceeding.  Appearances were as set forth on the record.  For the reasons set forth fully in the Memorandum of Decision After Trial entered on December 11, 2012, the Court awards judgment in favor of defendant, Gurmeet Singh,

-1-

with respect to Plaintiff's 11 U.S.C. §§ 727(a)(3) claim for relief.

###

DATED: December 11, 2012

_____
United States Bankruptcy Judge

-2-

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Judgment After Trial was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 11, 2012, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **David M Goodrich**    dgoodrich@marshackhays.com, ecfmarshackhays@gmail.com
- **David L Ray (TR)**    jf@srblaw.com, dray@ecf.epiqsystems.com;cs@srblaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Andrew T Schoppe**
Voss Silverman & Braybrooke LLP
4640 Admiralty Way Ste 800
Marina del Rey, CA 90292

**David C Voss**
Voss Silverman & Braybrooke LLP
4640 Admiralty Way Ste 800
Marina Del Rey, CA 900292-6602

**John Worsfold**
Voss Silverman & Braybrooke LLP
4640 Admiralty Way Ste 800
Marina Del Rey, CA 90292

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page